**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-01730-WDM-MEH

WAYNE BOLLACKER,

        Plaintiff,

v.

OXFORD COLLECTION AGENCY, INC., a New York corporation,
d/b/a OXFORD MANAGEMENT SERVICES,

        Defendant.

---

## NOTICE OF SETTLEMENT

---

        COMES NOW the Plaintiff, Wayne Bollacker, by and through his attorney, David M. Larson, and the Defendant, Oxford Collection Agency, Inc., by and through its attorney, Nike L. Fleming, and for their Notice of Settlement, hereby state as follows:

1.    The Plaintiff and the Defendant have reached a settlement.

2.    The Parties will be filing a Stipulation of Dismissal with Prejudice once the Plaintiff has received the settlement funds and the settlement documents have been executed by the parties and delivered to all counsel. The parties expect this to happen by January 18, 2008.

Dated: January 7, 2008.

| | |
|---|---|
| _s/ David M. Larson_ | _s/ Nike L. Fleming_ |
| David M. Larson, Esq. | Nike L. Fleming, Esq. |
| 405 S. Cascade Avenue Suite 305 | Kennedy Childs & Fogg, PC |
| Colorado Springs, CO 80903 | 1050 17th Street Suite 2500 |
| (719) 473-0006 | Denver, CO 80265 |
| Attorney for the Plaintiff | (303) 825-2700 |
| | Attorneys for the Defendant |